**Diane BRYANT, Appellant,**

v.

**MERCY HOSPITAL MEDICAL CENTER, Appellee.**

**No. 02–3719.**

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2003.

Decided May 13, 2003.

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

PER CURIAM.

Diane Bryant appeals the District Court's [1] adverse grant of summary judgment in her discrimination action against her former employer. Having carefully reviewed the record de novo, see *Forrest v. Kraft Foods, Inc.*, 285 F.3d 688, 691 (8th Cir.2002), we find that the grant of summary judgment was proper based on the summary judgment record before the District Court, and that summary judgment would still have been proper even if the District Court had not applied the local

---

1. The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c) (2000).

rule[2] that Bryant challenges. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

2. The pertinent part of the rule at issue states that "[t]he failure to respond, with appropriate citations to the appendix, to an individual statement of material fact [in a response to a summary judgment motion] constitutes an admission of that fact." S.D. Iowa R. 56.1(b) (2003).